**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>      v.<br><br>CENTAURI HEALTH SOLUTIONS, INC. and BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>                       Defendants. | Case No. 1:25-cv-13983<br><br>Honorable Judge Honorable Manish S. Shah |

**CERTIFICATE OF SERVICE**

I, Scott M. Kaplan, certify that on **March 19, 2026**, I served *Defendant's Centauri Health Solutions, Inc.'s Responses and Objections to Plaintiff's First Set of Discovery* via email upon all counsel of record.

Dated: March 19, 2026                      Respectfully submitted,


By: /s/ *Scott M. Kaplan*
Ana Tagvoryan (pro hac vice forthcoming)
Jeffrey N. Rosenthal (ARDC No. 209334)
Scott M. Kaplan (ARDC No. 6317136)
**BLANK ROME LLP**
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606

*Attorneys for Defendant,*
*Centauri Health Solutions, Inc.*

157500375v.1                1