**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated, | **)** **)** **)** | |
| Plaintiff, | **)** **)** | Case No. 1:25-cv-13983 |
| v. | **)** **)** | Honorable Judge Manish S. Shah |
| CENTAURI HEALTH SOLUTIONS, INC. and BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | **)** **)** **)** **)** | Magistrate Judge Beth W. Jantz |
| Defendants. | **)** **)** | |

**DEFENDANT BLUE CROSS AND BLUE SHIELD OF ILLINOIS'S UNOPPOSED**
**MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Defendant Blue Cross and Blue Shield of Illinois ("BCBSIL"), an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company, hereby submits this Unopposed Motion for Entry of the Agreed Confidentiality Order attached hereto as Exhibit A to facilitate the exchange of confidential information between BCBSIL, Centauri Health Solutions, Inc., and Plaintiff Jayesh Godambe (the "Parties"). In support of its Unopposed Motion, BCBSIL states as follows:

1.      The Parties agree that certain documents and information produced in this litigation may be confidential and proprietary in nature, and that producing or disseminating confidential documents, information, or material creates a risk that the documents or information will be obtained and used in a manner that would damage the Parties.

2.      To protect against improper disclosure of such information, the Agreed Confidentiality Order specifies the conditions under which private, sensitive, or legally

1

confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation, and authorizes the Parties to disclose that information.

3.      In addition, the Parties further agree that this litigation will require the Parties to obtain and review copies of records that will contain Protected Health Information or Individually Identifiable Health Information as those terms are defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the Standards for Privacy of Individually Identifiable Health Information, 45 C.F.R. §§ 160, 164.

4.      Thus, BCBSIL, with no objection from the other Parties, seeks entry of the Agreed Confidentiality Order to safeguard the release of protected health information, as well as to clarify what the litigants may do with such information during litigation, including who may be permitted to obtain copies of records and how to dispose of the records when they are no longer needed.

5.      Counsel for the Parties conferred on the Agreed Confidentiality Order and agree that the Agreed Confidentiality Order, attached hereto as Exhibit A, is necessary in order for the Parties to obtain relevant discovery and adequately protect their respective interests. A copy of Exhibit A will also be submitted to Judge Shah's proposed order email, in accordance with this Judge's procedures.

6.      In preparing the Agreed Confidentiality Order, the Parties reviewed the Model Confidentiality Order set forth in Form Local Rule 26.2 and prepared a redline comparing the Agreed Confidentiality Order to the form Local Rule 26.2 Model Confidentiality Order, which is attached as Exhibit B. A copy of this redline version will also be submitted to Judge Shah's proposed order email, in accordance with this Judge's procedures.

WHEREFORE, Defendant Blue Cross and Blue Shield of Illinois, with no objection from the other Parties, respectfully requests that the Court grant this Unopposed Motion, enter the

Agreed Confidentiality Order attached as Exhibit A, and grant any other relief the Court deems just and proper.

Dated:  April 8, 2026

Respectfully submitted,

By: /s/  *Claudia Cortes*
Martin J. Bishop
Jeffrey L. Poston (*pro hac vice forthcoming*)
Claudia L. Cortes
Brandon C. Ge (*pro hac vice*)
**Crowell & Moring LLP**
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
Phone: (312) 321-4200
mbishop@crowell.com
jposton@crowell.com
ccortes@crowell.com
bge@crowell.com

*Attorneys for Blue Cross and Blue Shield of Illinois*

3

## CERTIFICATE OF SERVICE

I, Claudia Cortes, hereby certify that, on April 8, 2026, I served the foregoing to all counsel of record in this lawsuit via electronic mail.

Scott Matthew Kaplan
Jeffrey N. Rosenthal
**BLANK ROME LLP**
444 W. Lake Street
Suite 650
Chicago, IL 60606
Telephone: 312-776-2600
Facsimile: 312-776-2601
Scott.kaplan@blankrome.com
Jeffrey.rosenthal@blankrome.com

Samuel J. Strauss
Cassandra P. Miller
**Strauss Borrelli PLLC**
980 N Michigan Avenue
Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Facsimile: 872-263-1109
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

/s/ *Claudia Cortes*
Claudia L. Cortes

4