**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTAURI HEALTH SOLUTIONS, INC. and BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>　　　　　Defendants. | Case No. 1:25-cv-13983<br><br>Honorable Manish S. Shah |

**JOINT STATUS REPORT ON DISCOVERY PROGRESS**

Now come Plaintiff Jayesh Godambe and Defendants Centauri Health Solutions, Inc. and Blue Cross and Blue Shield of Illinois, by and through their respective undersigned attorneys, and hereby stipulate as follows:

1. By Minute Order dated January 15, 2026, the Parties are to file a joint status report on discovery progress by May 22, 2026. (Dkt. No. 25).

2. Written discovery is ongoing. Plaintiff served document requests and interrogatories on Defendants, both of whom have provided responses as well as document productions. The parties are working collaboratively to complete the same and to resolve any outstanding matters that may exist.

Dated: May 22, 2026

Respectfully submitted.

/s/Anthony Paronich
Samuel J. Strauss
Strauss Borrelli PLLC
1980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com

Anthony Paronich

/s/ Jeffrey N. Rosental
Jeffrey N. Rosenthal
Scott M. Kaplan
Blank Rome LLP
444 W. Lake St., Suite 1650
Chicago, Illinois 60606
(312) 726-2252
Jeffrey.Rosenthal@blankrome.com
Scott.Kaplan@blankrome.com

008001.00001/158147976v.1

Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(617) 485-0018

*Attorneys for Jayesh Godambe*

*Attorneys for Centauri Health Solutions, Inc.*

/s/ Jeffrey L. Poston
Martin J. Bishop
Jeffrey L. Poston
Claudia L. Cortes
Julia Carbonetti
Crowell & Moring LLP
300 N. LaSalle Dr., Suite 2500
Chicago, Illinois 60654
(312) 321-4200
mbishop@crowell.com
jposton@crowell.com
ccortes@crowell.com
jcarbonetti@crowell.com

*Attorneys for Blue Cross and Blue Shield of Illinois*

008001.00001/158147976v.1