# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jayesh Godambe

                    Plaintiff,

v.                                               Case No.: 1:25−cv−13983
                                                 Honorable Manish S. Shah

Centauri Health Solutions Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

       MINUTE entry before the Honorable Manish S. Shah: Fact discovery closes 10/30/26. The parties' next status report should include a proposal for briefing class certification and scheduling expert discovery. The next status report is due 9/4/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.