**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAYESH GODAMBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTAURI HEALTH SOLUTIONS, INC. and BLUE CROSS AND BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | No. 1:25-cv-13983<br><br>Honorable Judge Manish S. Shah<br><br>Honorable Magistrate Judge Beth W. Jantz |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's May 26, 2026 Minute Entry, Plaintiff Jayesh Godambe, Defendant Centauri Health Solutions, and Defendant Blue Cross Blue Shield of Illinois (collectively, the "Parties") respectfully submit the following status report, which includes a proposal for briefing class certification and scheduling expert discovery.

The Parties are continuing to meet and confer regarding deficiencies in two sets of written discovery. Plaintiff served the First Set of written discovery on January 18, 2026, to which Blue Cross Blue Shield of Illinois and Centauri Health Solutions, Inc. served responses on March 19, 2026. Plaintiff served a Second Set of written discovery on July 8, 2026, to which Centauri Health Solutions, Inc. responded on August 7, 2026, and Blue Cross and Blue Shield of Illinois responded on August 20, 2026. To date, Blue Cross and Blue Shield of Illinois has produced approximately 275 documents and anticipates supplementing that production promptly. Thereafter, on August 15, 2026, Plaintiff's counsel sent detailed meet-and-confer letters addressing deficiencies in the discovery responses, and Defendant Centauri responded on August 20, 2026. The Parties are

working to schedule a video conference meet and confer regarding the outstanding discovery deficiencies.

In light of the ongoing discovery disputes and the need to complete the outstanding discovery before proceeding with class-certification briefing and expert discovery, the Parties propose to extend the fact discovery cutoff by 90 days, from October 30, 2026 to January 29, 2027. The Parties also propose the following class certification and expert deadlines:

| | |
|---|---|
| Plaintiff's Class Certification Expert Report | March 22, 2027 |
| Defendants' Class Certification Expert Report and/or Rebuttal Expert Report | April 23, 2027 |
| Completion of Class Certification Expert Discovery, including expert depositions | June 23, 2027 |
| Plaintiff's Motion for Class Certification | July 23, 2027 |
| Defendants' Class Certification Opposition | September 6, 2027 |
| Plaintiff's Class Certification Reply | October 4, 2027 |

This schedule will allow the Parties to complete the outstanding fact discovery, resolve or narrow the current discovery disputes, and then conduct the class-related expert discovery necessary for Plaintiff's anticipated motion for class certification. The proposed schedule otherwise maintains the sequencing previously proposed by the Parties.

*[Counsel signatures to follow on next page.]*

JOINTLY SUBMITTED this 4th day of September, 2026.

*/s /Cassandra P. Miller*
Cassandra P. Miller (trial counsel)
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com
sam@straussborrelli.com

Anthony I. Paronich (lead trial attorney)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Counsel for Plaintiff and the Putative Class*

*/s/ Scott M. Kaplan*
Scott M. Kaplan
Jeffrey N. Rosenthal (lead trial attorney)
**BLANK ROME LLP**
444 W. Lake St., Suite 1650
Chicago, Illinois 60606
Telephone: 312.776.2598
Facsimile: 312.776.2601
jeffrey.rosenthal@blankrome.com
scott.kaplan@blankrome.com

*Counsel for Defendant*
*Centauri Health Solutions, Inc.*

*/s/ Jeffrey Poston*
Jeffrey Poston (lead trial attorney)
(*pro hac vice* forthcoming
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
jposton@crowell.com

Martin J. Bishop
Claudia L. Cortes
**CROWELL & MORING LLP**
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Phone: (312) 321-4200
mbishop@crowell.com
jposton@crowell.com
ccortes@crowell.com
bge@crowell.com

*Counsel for Defendant*
*Blue Cross Blue Shield of Illinois*

# CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on September 4, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 4th day of September, 2026.

Respectfully submitted,

*/s/Cassandra P. Miller*

Cassandra P. Miller (trial counsel)
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com