**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jayesh Godambe
Plaintiff,
v.
Centauri Health Solutions Inc., et al.
Defendant.

Case No.: 1:25−cv−13983
Honorable Manish S. Shah

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 8, 2026:

MINUTE entry before the Honorable Manish S. Shah: All fact discovery (inclusive of merits and class certification) must be completed by 1/29/27. Plaintiff's merits and class certification expert disclosures are due 3/22/27. The court will set the remainder of the class certification and expert schedule after the parties get closer to completing discovery. The parties should not expect to conduct any discovery after briefing class certification. The parties' next status report on discovery progress is due 11/16/26 and must include a statement on the parties' progress toward completing merits discovery of plaintiff's individual claim (e.g., the technology used to place calls to plaintiff and plaintiff's consent). Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.